# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Dominic White**　　　　　　　　　　　　　　　　**Docket No. 5:03-CR-302-1H**

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dominic White, who, upon an earlier plea of guilty to Possession with Intent to Distribute 5 Grams or More of Cocaine Base (Crack) [21 U.S.C. § 841(a)(1)], Felon in Possession of a Firearm [18 U.S.C. §§ 922(g) and 924] and Possession of a Firearm During and in Relation to a Drug Trafficking Crime [18 U.S.C. § 924 (c)(1)(A)] was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on July 7, 2004, to the custody of the Bureau of Prisons for a term of 180 months. In addition, on October 17, 2006, Mr. White was re-sentenced and received 108 months of custody to be followed by 60 months of supervised release. It was further ordered that upon release from imprisonment the defendant be placed under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

4. The defendant shall provide the probation office with access to any requested financial information.

Dominic White was released from custody on September 1, 2011, at which time the term of supervised release commenced.

Dominic White
Docket No. 5:03-CR-302-1H
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant states that he needs someone to speak to about some mental health issues he feels he is having. He has requested to speak to a mental health treatment provider. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain<br>Michael C. Brittain<br>Senior U.S. Probation Officer | /s/Arthur B. Campbell<br>Arthur B. Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: January 3, 2014 |

**ORDER OF COURT**

Considered and ordered this 6th day of January, 2014, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge